UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MONTOYA, | No. 2:12-cv-2483 CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

By mandate of the United States Court of Appeals for the Ninth Circuit, filed June 20, 2016, this matter was reversed and remanded. ECF Nos. 24, 25. The appellate court concluded that the ALJ improperly assessed plaintiff's residual functional capacity and should have obtained the testimony of a vocational expert. This matter will therefore be remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record.

Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner for further proceedings consistent with the mandate of the United States Court of Appeals for the Ninth Circuit.

Dated: June 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 montoya2483.ss.remand

1