UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA MONTOYA,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No.  2:12-cv-2483 CKD<br><br>SUGGESTION OF DEATH ON THE RECORD AND ORDER |

    Plaintiff, represented by counsel, has filed a petition for attorney fees under EAJA. Plaintiff's counsel indicates that plaintiff has died.  No motion for substitution by the decedent's successor or representative has been filed.  See Fed. R. Civ. P. 25(a).

    Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a motion for substitution within ninety days from the date of this order.  Failure to file said motion shall result in denial of plaintiff's petition for EAJA fees.

Dated:  September 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 montoya2483.ss.death

1