ANN M. CERNEY
ontoCerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LYDIA LINDA MONTOYA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No. 2:12-CV-02483-CKD<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER EAJA** |

This Court has considered Plaintiff's Motion for an Extension of Time to file a Reply to Defendant's Opposition to Plaintiff's Motion for Attorney Fees under EAJA and noting no objection having been made by the Commissioner, and for good cause shown, the motion is hereby APPROVED.

Plaintiff shall file her Reply on or before November 10, 2016.

SO ORDERED.

Dated: November 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1