UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

─o0o─

LYDIA LINDA MONTOYA
        Plaintiff,

vs.    2:12-CV02483 CKD

CAROLYN W. COLVIN,    ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUBSTITUTION OF PARTY

_____

This Court has considered Plaintiff's Motion for an Extension of Time to file her Motion for Substitution of Party and noting no objection having been made by the Commissioner, and for good cause shown, the motion is hereby APPROVED.  Plaintiff shall file her Motion for Substitution on or before March 29, 2017.

SO ORDERED.

Dated:   January 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE